IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF MISSISSIPPI

Donovan Evans
(Plaintiff's name)

PLAINIFF

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 23 2018
ARTHUR JOHNSTON
BY ______ DEPUTY

VS.

Hinds County
(Defendant(s) name(s)

CIVIL ACTION NO. 3:18cv255-CWR-FKB
(to be provided by the court)

DEFENDANT(S)

COMPLAINT

COMES NOW, Plaintiff, Donovan Evans, Prose, and for cause of action against the defendant(s), Hinds count, would state:

JURISDICTION

(Plaintiff is to complete this space by making a short and accurate statement of the grounds upon which the court's jurisdiction depends. That is, why this matter is being braught in Federal Court).

(I am suing for a violation of Federal Law under 28 U.S.C. § 1331.) 42 U.S.C. 1983 of failure to protect (Failure to act suffering, 42 U.S.C. 1983 Serious, Harm, Civil right Amendment fourteenth (re conditions of confinement absent medical care.)

Plaintiff is an adult resident citizen of the Count of Hinds State of Mississippi.

The defendant Hinds Count is an adult resident citizen of the County of Hinds, State of Mississippi. (The plaintiff will need to provide this information for each of the defendants).

E:\prose\forms\cmprose.l

## FACTS

(Plaintiff is to make a short and plain statement of the claim along with the facts that show why the plaintiff is entitled to relief).

42 U.S.C 1983 claim of Failure to Protect (Failvere act Suffering, Serious, Harm, Civil right Amendment fourteenth Amendment was violated. And also fourteenth Amendment was violated claim of re conditions of confinement/medical care. I Donovan Evans put in Grievances Due to Inmates gang(s) was saying that they was going to attack me so I was move to Protective custidy on March, 14.2017 On a Tueday Captain Shears came to The zone that I was at Due to Inmate Jonny Isle (a gangster) Did not lock Down as told so Captain Shears an Jonny Isle attack captain Shears mace Inmate Jonny Isle they go to medical then they came Back to the zone B-3 an captain Shears let ever one out of thes cells He say Due to thE mace. But when He came to my cell I told captain Shears I was O.K. Due to I was going to Be attack By gangs. But He (captain shears) Grad my Arm Sa I came out the cell. Inmats Jonny Isle, Piere Harris (vic Lord), Hammer (A K A Name) (vic Lord) an one unknown vic Lord Aattack me. Sargeant Davis, officer Brown, warden Rushl came in to stop them But I was Being attack. I had to have 4 Stitches in my uper eye For 7 Days But stitches was in for 10 Days I had No Lights in my cell For about 9 months. I put an a Grievances about all this an also about fileing papers on the all 4 Inmates But non was Filed at all. Due to this this is why I am entitled to relief violated of the Fourteenth Amendments) 9.30, 9.31. In Hind count Jail in Raymond MS. I was attack Due to They say I was a cop.

## RELIEF

(Plaintiff is to state what relief He/she is seeking to obtain from the court).

(Injunction Relief $9 Trillon Dollars).

Respectfully Submitted, this the 20 Day of April , 2018.

Donovan Evans
~~Sig~~ Signature of Plaintiff

NAME, ADDRESS AND PHONE NUMBER OF PLAINTIFF:

Donovan Evans
1100 W. Capitol St.
Jackson, MS. 39203
(601) 329-8436

g:\prose\Forms\cmpsc.1

Document one

I Plaintiff Donovan Evans am Fileing this Document in the U.S. District For the Defendant Hinds Count to Send All Grievanees and All Document I Have File as a Inmate From August, 22, ~~2016 No.~~ 2016 Tuedary-November, 03, 2017 Friday. Due ~~to time varies For~~ This Document an the Claim. 42 U.S.C 1983 Suffering, Serious, Harm, of Failure to Protect 9.31 an 9.30 re conditions of confinement-/medical care For Defendant to File All medical Document and Proteetive custidy Doncuments an all Forms. Injunction Relief $9 Trillon Dollars.

Donovan Evans 04-20-2018

Document two

Medical Record From

Central mississippi Medical center

AND

Merit Health central

Donovan Evans 04-23-2018

**Central Mississippi Medical Center**

1850 CHADWICK DRIVE
JACKSON, MS 39204
TELEPHONE: 601-376-1000

# ADMISSION RECORD

| ACCOUNT NO. | MEDICAL RECORDS NO. |
|---|---|
| 4528979 | 0000549448 |

**PATIENT**

| ADMIT DATE / TIME | ROOM NO. | PT | FC | AGE | DATE OF BIRTH | SEX | RA | MS | LOCATION | PROGRAM |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/14/2017 12:22 | 0 | E | F | 029 | 10/08/1987 | M | 2 | S | | |

| PATIENT NAME & ADDRESS | SS NUMBER | PATIENT EMPLOYER | EMPLOYER PHONE NO. |
|---|---|---|---|
| EVANS, DONOVAN<br>1450 COUNTY FARM RD<br>RAYMOND MS 39154 US | ***_**_**** | INAMTE | |
| | PHONE NUMBER: (601)857-4848 | | COUNTY: 25HINDS |

**GUAR**

| RESPONSIBLE PARTY & ADDRESS | SS NUMBER | RESPONSIBLE PARTY EMPLOYER | EMPLOYER PHONE |
|---|---|---|---|
| HINDS, COUNTY DETENTION<br>1450 COUNTY FARM RD<br>RAYMOND MS 39154 US | ***_**_**** | INAMTE | |
| | PHONE NUMBER: (601)857-4848 | | RELATIONSHIP TO PATIENT: |

| EMERGENCY CONTACT NAME | EMERGENCY CONTACT PHONE | EMERGENCY CONTACT RELATIONSHIP TO PATIENT |
|---|---|---|
| HCDC, HCDC | (601)857-4848 | |

| COMMENTS | MSP | MED. KEY | PRIVACY | ADMIT. BY |
|---|---|---|---|---|
| | ☐Y ☒N | ☐Y ☒N | TOP SECRET | CAB |

**INSURANCE**

| | PAYER | PLAN | POLICY NUMBER | |
|---|---|---|---|---|
| 1 | 666 | HCD | 428594277 | 10/08/1987 |

| INSURANCE CO. NAME & ADDRESS | INSURED'S NAME | GROUP NUMBER | GROUP NAME | AUTHORIZATION |
|---|---|---|---|---|
| HCD/GULF GUARANTY<br>POBOX 14977<br>JACKSON MS 39236<br>(601)981-9505 | EVANS, DONOVAN | | | |

| | PAYER | PLAN | POLICY NUMBER |
|---|---|---|---|
| 2 | | | |

| INSURANCE CO. NAME & ADDRESS | INSURED'S NAME | GROUP NUMBER | GROUP NAME | AUTHORIZATION |
|---|---|---|---|---|
| | | | | |

| | PAYER | PLAN | POLICY NUMBER |
|---|---|---|---|
| 3 | | | |

| INSURANCE CO. NAME & ADDRESS | INSURED'S NAME | GROUP NUMBER | GROUP NAME | AUTHORIZATION |
|---|---|---|---|---|
| | | | | |

**MISC**

| DR. ATTENDING / ADMITTING | DR. FAMILY / PRIMARY CARE |
|---|---|
| DAWSON, BRANDON | *NOT FOUND* |

| DIAGNOSIS / SIGNS & SYMPTOMS | ACCIDENT | ACCIDENT DATE |
|---|---|---|
| FACIAL CONTUSION | OTHER | 03/14/2017 11:00 |

| PRINCIPAL DIAGNOSIS (The condition established after study to be chiefly responsible for occasioning the admission of the patient to the HOSPITAL for care). | DISCHARGE CODE | DISCHARGE DATE/TIME |
|---|---|---|
| | DISCHARGED TO HOME | 03/14/2017 13:36 |

COMPLICATIONS

COMORBIDITY(IES)

PRINCIPAL PROCEDURE

AD001A

4528979

0000549448

## *Nurse's Notes*

## *Merit Health Central Emergency Services*

**Name: Evans, Donovan**
**Age:** 29 yrs **Sex:** Male **DOB:** 10/08/1987
**Arrival Date:** 03/14/2017 **Time:** 12:21
**Bed** Waiting
**Diagnosis:**

**MRN:** 0000549448
**Account#:** 4528979
**Private MD:**

**Presentation:**

03/14 12:37 Presenting complaint: Patient states: C/O LAC TO LEFT EYEBROW AND LOWER LIP PAIN S/P GOT JUMPED ON EARLIER TODAY. DENIES ANY LOC. Transition of care: patient was not received from another setting of care. pa

03/14 12:37 Acuity: ESI 4. pa

03/14 12:37 Method Of Arrival: Walk-in. pa

**Triage Assessment:**

03/14 12:39 **General:** Appears in no apparent distress, well nourished, Behavior is cooperative. **Recent Travel History:** No recent travel within the last 21 days. pa

**Historical:**

- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. Haldol 5 mg oral tab for Schizophrenia
  2. Benadryl 50 mg oral cap
- **PSHx:** LEFT HAND

- **Immunization history:** Last tetanus immunization: unknown Pneumococcal vaccine is not up to date, Patient has never been vaccinated, Flu vaccine is not up to date, Patient has never been vaccinated,.
- **Has patient been admitted to any facility within the last 30 days?:** Patient has not been admitted to any facility within the last 30 days..
- **Social history: :** No barriers to communication noted. The patient speaks fluent English..

**Screening:**

03/14 12:39 **Sepsis Protocol:** pa
Patient presentation is not suspicious for sepsis; screening is stopped.
**Suicide Risk Assessment:**
Patient Questions Do you feel hopeless or helpless: No Have you had thoughts of suicide in the past: No Are you having thoughts of suicide now: No Has a family member or someone else close to you committed suicide or have you been a witness to suicide? No.

Abuse assessment: No assessment findings of abuse, such as: unexplained injuries or bruising, suspicious burns, signs of withdrawal, depression, or fear of others. Assessment for neglect: No signs or indications of neglect noted, such as: exploitation, malnutrition, or poor hygiene.
**Fall Risk:**
0-2 points- Low risk; fall risk bundle not initiated.
**Tuberculosis screening:**
Never had TB.
**Pneumonia Screening:**
Total Score: 0 Pts., no action required at this time.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 03/14 12:37 | 140 / 85 | 77 | 18 | 98.0(O) | 99% | 90.72 kg | 5 ft. 8 in. (172.72 cm) | 0/10 | jr3 |

03/14 12:37 Body Mass Index 30.41 (90.72 kg, 172.72 cm) jr3

**ED Course:**

03/14 Patient arrived in ED. jr3

Print Time: 3/14/2017 12:40:05

Page 1 of 2

## *Nurse's Notes Con't*

| | | |
|---|---|---|
| 12:21 | | |
| 03/14 12:32 | King, Renee, RNP is PHCP. | rk |
| 03/14 12:32 | Dawson, Brandon is Attending Physician. | rk |
| 03/14 12:38 | Triage completed. | pa |
| 03/14 12:39 | Patient placed in exam room on stretcher. | pa |

**Administered Medications:**
No medications were administered

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Armstrong, Pam, RN | RN | pa | King, Renee, RNP | RNP | rk |
| Renk, JR | | jr3 | | | |

## *Nurse's Notes*

## *Merit Health Central Emergency Services*

**Name: Evans, Donovan**
**Age:** 29 yrs **Sex:** Male **DOB:** 10/08/1987
**Arrival Date:** 03/14/2017 **Time:** 12:21
**Bed** Waiting
**Diagnosis:**

**MRN:** 0000549448
**Account#:** 4528979
**Private MD:**

**Presentation:**

03/14 12:37 Presenting complaint: Patient states: C/O LAC TO LEFT EYEBROW AND LOWER LIP PAIN S/P GOT JUMPED ON EARLIER TODAY. DENIES ANY LOC. Transition of care: patient was not received from another setting of care. pa

03/14 12:37 Acuity: ESI 4. pa

03/14 12:37 Method Of Arrival: Walk-in. pa

**Triage Assessment:**

03/14 12:39 **General:** Appears in no apparent distress, well nourished, Behavior is cooperative. **Recent Travel History:** No recent travel within the last 21 days. pa

**Historical:**

- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. Haldol 5 mg oral tab for Schizophrenia
  2. Benadryl 50 mg oral cap
- **PSHx:** LEFT HAND
- **Immunization history:** Last tetanus immunization: unknown Pneumococcal vaccine is not up to date, Patient has never been vaccinated, Flu vaccine is not up to date, Patient has never been vaccinated,.
- **Has patient been admitted to any facility within the last 30 days?:** Patient has not been admitted to any facility within the last 30 days..
- **Social history:** : No barriers to communication noted. The patient speaks fluent English..

**Screening:**

03/14 12:39 **Sepsis Protocol:** pa
Patient presentation is not suspicious for sepsis; screening is stopped.
**Suicide Risk Assessment:**
Patient Questions Do you feel hopeless or helpless: No Have you had thoughts of suicide in the past: No Are you having thoughts of suicide now: No Has a family member or someone else close to you committed suicide or have you been a witness to suicide? No.

Abuse assessment: No assessment findings of abuse, such as: unexplained injuries or bruising, suspicious burns, signs of withdrawal, depression, or fear of others. Assessment for neglect: No signs or indications of neglect noted, such as: exploitation, malnutrition, or poor hygiene.
**Fall Risk:**
0-2 points- Low risk; fall risk bundle not initiated.
**Tuberculosis screening:**
Never had TB.
**Pneumonia Screening:**
Total Score: 0 Pts., no action required at this time.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 03/14 12:37 | 140 / 85 | 77 | 18 | 98.0(O) | 99% | 90.72 kg | 5 ft. 8 in. (172.72 cm) | 0/10 | jr3 |

03/14 12:37 Body Mass Index 30.41 (90.72 kg, 172.72 cm) jr3

**ED Course:**

03/14 Patient arrived in ED. jr3

Print Time: 3/14/2017 12:40:07

## *Nurse's Notes Con't*

| | | |
|---|---|---|
| 12:21 | | |
| 03/14 12:32 | King, Renee, RNP is PHCP. | rk |
| 03/14 12:32 | Dawson, Brandon is Attending Physician. | rk |
| 03/14 12:38 | Triage completed. | pa |
| 03/14 12:39 | Patient placed in exam room on stretcher. | pa |

**Administered Medications:**
No medications were administered

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Armstrong, Pam, RN | RN | pa | King, Renee, RNP | RNP | rk |
| Renk, JR | | jr3 | | | |

Nurse's Notes
Merit Health Central
Emergency Services
Name: Evans, Donovan
Age: 29 yrs
Sex: Male
DOB: 10/08/1987
MRN: 0000549448
Arrival Date: 03/14/2017
Time: 12:21
Account#: 4528979
Bed 14
Private MD:
Diagnosis: Facial Contusion;Facial Laceration-left eye brow;Open bite of oral cavity, initial encounter

Presentation:
03/14
12:37 Presenting complaint: Patient states: C/O LAC TO LEFT EYEBROW AND LOWER LIP PAIN S/P GOT JUMPED ON EARLIER TODAY. DENIES ANY LOC. Transition of care: patient was not received from another setting of care. pa
03/14
12:37 Acuity: ESI 4 pa
03/14
12:37 Method Of Arrival: Walk-in pa

Triage Assessment:
03/14
12:39 General: Appears in no apparent distress, well nourished, Behavior is cooperative. Recent Travel History: No recent travel within the last 21 days. pa

Historical:
- Allergies: No known drug Allergies;
- Home Meds:
  1. Haldol 5 mg oral tab for Schizophrenia
  2. Benadryl 50 mg oral cap
- PSHx: LEFT HAND;
- History obtained from: patient. patient.
- Immunization history: Last tetanus immunization: unknown Pneumococcal vaccine is not up to date, Patient has never been vaccinated, Flu vaccine is not up to date, Patient has never been vaccinated.
- Has patient been admitted to any facility within the last 30 days?: Patient has not been admitted to any facility within the last 30 days.
- Hospitalizations: : No recent hospitalization is reported.
- Social history: : No barriers to communication noted. The patient speaks fluent English.
- Family history: No immediate family members are acutely ill.
- Social history: Smoking Status: Patient uses tobacco products, Denies chronic smoking, but will smoke occasionally. Patient/guardian denies using alcohol, street drugs, The patient lives incarcerated. No barriers to communication noted, The patient speaks fluent English, Speaks appropriately for age.

Screening:
03/14

12:39 Sepsis Protocol: Patient presentation is not suspicious for sepsis; screening is stopped. Suicide Risk Assessment: Patient Questions Do you feel hopeless or helpless: No Have you had thoughts of suicide in the past: No Are you having thoughts of suicide now: No Has a family member or someone else close to you committed suicide or have you been a witness to suicide? No. Abuse assessment: No assessment findings of abuse, such as: unexplained injuries or bruising, suspicious burns, signs of withdrawal, depression, or fear of others. Assessment for neglect: No signs or indications of neglect noted, such as: exploitation, malnutrition, or poor hygiene. Fall Risk: 0-2 points- Low risk; fall risk bundle not initiated. Tuberculosis screening: Never had TB. Pneumonia Screening: Total Score: 0 Pts., no action required at this time. pa

Assessment:
03/14
13:18 Pain: Complains of pain in left eye Pain currently is 0 out of 10 on a pain scale. Pain began 2 hours ago. Present on Arrival: Central Line: NO. Foley Catheter: NO. Wound/Pressure Ulcer: YES. Nursing diagnosis: Alteration in comfort: actual. EENT: Lid(s) swollen. laceration to left eyebrow. Cardiovascular: Capillary refill < 3 seconds Heart tones S1 S2 present. Derm: Skin laceration to left eye brow Skin is moist, Skin is pink, warm AND dry. Skin temperature is warm Reports pain that is 0 out of 10 on a pain scale. mp4

Vital Signs:
03/14
12:37 BP 140 / 85; Pulse 77; Resp 18; Temp 98.0(O); Pulse Ox 99% ; Weight 90.72 kg; Height 5 ft. 8 in. (172.72 cm); Pain 0/10; jr3
03/14
13:20 BP 135 / 80; Pulse 70; Resp 18; Temp 98.2(O); Pulse Ox 100% on R/A; Pain 0/10; mp4
03/14
12:37 Body Mass Index 30.41 (90.72 kg, 172.72 cm) jr3

Glasgow Coma Score:
03/14
13:13 Eye Response: spontaneous(4). Verbal Response: oriented(5). Motor Response: obeys commands(6). Total: 15. rk
03/14
13:20 Eye Response: spontaneous(4). Verbal Response: oriented(5). Motor Response: obeys commands(6). Total: 15. rk

ED Course:
03/14
12:21 Patient arrived in ED. jr3
03/14
12:32 King, Renee, RNP is PHCP. rk
03/14
12:32 Dawson, Brandon is Attending Physician. rk
03/14
12:38 Triage completed. pa
03/14
12:39 Patient placed in exam room on stretcher. pa
03/14
13:11 Martin, Patte, RN is Primary Nurse. mp4
03/14
13:19 Patient has correct armband on for positive identification. Bed in low position. Call light in reach. Side rails up X 1. Security at mp4

bedside.

03/14
13:20 ED Rounding: Pain Reassessment: denies any pain at this time Call light is within patient's reach, and patient has been educated on it's use. Family Update: Patient does not have any family members to update Pending Items and/or Delays: Patient awaiting diagnostics at this time Patient has been instructed that nurse will re-visit within 30 minutes. mp4

03/14
13:20 No procedures required assistance by the nurse. mp4

03/14
13:22 Jackson-Hinds Comprehensive He is Referral Physician. rk

Administered Medications:

03/14
13:15 Drug: Lidocaine (1 %) 10 ml Route: Infiltration; Site: wound; mp4

03/14
13:36 Follow up: Response: No adverse reaction; No change in condition mp4

03/14
13:17 Drug: Tdap 0.5 ml {Manufacturer: Mass Biologic. Exp: 11/01/2018. Lot #: AO93A1. } Route: IM; Site: left deltoid; mp4

03/14
13:36 Follow up: Response: No adverse reaction; Medication administered at discharge. mp4

Outcome:

03/14
13:20 Discharge Assessment: vital signs assessed, Skin Assessment completed. N/A Patient discharged. patient awake and alert no apparent distress mp4

13:20 Braden Scale-Adult not applicable, the patient was discharged.

03/14
13:23 Discharge ordered by MD. rk

03/14
13:36 Discharge instructions given to patient, police, Instructed on discharge instructions, follow up and referral plans. medication usage, Demonstrated understanding of instructions, medications, Prescriptions given X 1 mp4

13:36 Discharged to Security x1 to detention center.

03/14
13:36 Patient left the ED. mp4

Signatures:

| | | |
|---|---|---|
| Armstrong, Pam, RN | RN | pa |
| Martin, Patte, RN | RN | mp4 |
| King, Renee, RNP | RNP | rk |
| Renk, JR | | jr3 |

*****************************************************************************

Physician Documentation
Merit Health Central
Emergency Services
Name: Evans, Donovan
Age: 29 yrs
Sex: Male
DOB: 10/08/1987
MRN: 0000549448
Arrival Date: 03/14/2017
Time: 12:21
Account#: 4528979
Bed 14
Private MD:
ED Physician Dawson, Brandon
Disposition:

03/14
13:18 Electronically signed by: Dawson, Brandon. Attestation: I have reviewed the NP/PA or medical student documentation, treatment plan, and medical decision making. Co-signed by me. bd

03/14
13:20 Electronically signed by: King, Renee, RNP. rk

Disposition Summary:
03/14 Discharged to Jail. MSE Completed. Impression: Facial Contusion, Facial Laceration - left eye brow, Open bite of oral cavity, initial encounter .
13:23
rk

- Condition is Stable.
- Discharge Instructions: Hematoma, Mouth Laceration, Facial Laceration.
- Prescriptions for Keflex 500 mg Oral Capsule - take 1 capsule by ORAL route every 6 hours for 10 days; 40 capsule.
- Medication Reconciliation Form form.
- Follow up: Jackson-Hinds Comprehensive He; When: 5 - 6 days; Reason: Wound Recheck, Worsening of condition, Further diagnostic work-up, Recheck today's complaints, Staple/Suture removal, Hypertension Screening Re-check.
- Problem is an ongoing problem.
- Symptoms have improved.
- Notes: have sutures removed in 7 days.

HPI:
03/14
13:13 This 29 yrs old Black Male presents to ER via Walk-in with complaints of Medical Complaint. rk

03/14
13:13 The patient or guardian reports injury, a laceration, pain. The complaints affect the left eye and mouth. Context of injury: The problem was sustained at prison/jail, resulted from fighting, hit by fist. Onset: The symptoms/episode began/occurred just prior to arrival. Associated signs and symptoms: Loss of consciousness: This patient did not experience any loss of consciousness. Pertinent positives: injury, outer aspect of left eyebrow, left lower inner lip bite. Severity of symptoms: At their worst the symptoms were mild, in the emergency department the symptoms are unchanged. Intracranial bleed risk factors: This patient has no risk factors for intracranial bleed. The patient has not experienced similar symptoms in the past. The patient has not recently seen a physician. jailhouse assault by 4 other prisoners. rk

Historical:
- Allergies: No known drug Allergies;
- Home Meds:
  1. Haldol 5 mg oral tab for Schizophrenia
  2. Benadryl 50 mg oral cap
- PSHx: LEFT HAND;
- History obtained from: patient. patient.
- Immunization history: Last tetanus immunization: unknown Pneumococcal vaccine is not up to date, Patient has never been vaccinated, Flu vaccine is not up to date, Patient has never been vaccinated.
- Has patient been admitted to any facility within the last 30 days?: Patient has not been admitted to any facility within the last 30 days.
- Hospitalizations: : No recent hospitalization is reported.
- Social history: : No barriers to communication noted. The patient speaks fluent English.
- Family history: No immediate family members are acutely ill.
- Social history: Smoking Status: Patient uses tobacco products, Denies chronic smoking, but will smoke occasionally. Patient/guardian denies using alcohol, street drugs, The patient lives incarcerated. No barriers to communication noted, The patient speaks fluent English, Speaks appropriately for age.

ROS:
03/14
13:16 Constitutional: Negative for fever, chills, and weight loss, Eyes: Negative for injury, pain, redness, and discharge, Neck: Negative for injury, pain, and swelling, Cardiovascular: Negative for chest pain, palpitations, and edema, Respiratory: Negative for shortness of breath, cough, wheezing, and pleuritic chest pain, Abdomen/GI: Negative for abdominal pain, nausea, vomiting, diarrhea, and constipation, Back: Negative for injury and pain, MS/Extremity: Negative for injury and deformity, Neuro: Negative for headache, weakness, numbness, tingling, and seizure. Eyes: Negative for injury or acute deformity, blurry vision, pain, photophobia, redness, visual disturbance. ENT: Positive for lower inner lip bite mark. Skin: Positive for jaundice, of the outer aspect of left eyebrow. rk

Exam:
03/14
13:16 Constitutional: This is a well developed, well nourished patient who is awake, alert, and in no acute distress. Eyes: Pupils equal round and reactive to light, extra-ocular motions intact. Lids and lashes normal. Conjunctiva and sclera are non-icteric and not injected. Cornea within normal limits. Periorbital areas with no swelling, redness, or edema. Neck: Trachea midline, no thyromegaly or masses palpated, and no cervical lymphadenopathy. Supple, full range of motion without nuchal rigidity, or vertebral point tenderness. No Meningismus. Chest/axilla: Normal chest wall appearance and motion. Nontender with no deformity. No lesions are appreciated. Cardiovascular: Regular rate and rhythm with a normal S1 and S2. No gallops, murmurs, or rubs. Normal PMI, no JVD. No pulse deficits. Respiratory: Lungs have equal breath sounds bilaterally, clear to auscultation and percussion. No rales, rhonchi or wheezes noted. No increased work of breathing, no retractions or nasal flaring. Abdomen/GI: Soft, non-tender, rk

with normal bowel sounds. No distension or tympany. No guarding or rebound. No evidence of tenderness throughout. Back: No spinal tenderness. No costovertebral tenderness. Full range of motion.

13:16 Head/face: Noted is hematoma, that is mild, of the left eye, a laceration(s), that is superficial, 1.5 cm(s), of the outer aspect of left eyebrow.

13:16 Neck: External neck: is normal, C-spine: appears grossly normal, Trachea: is midline with no obvious abnormalities, ROM/movement: is normal, Lymph nodes: no appreciated lymphadenopathy.

03/14
15:51 Neuro: Orientation: is normal, Mentation: is normal, Gait: is steady, at a normal pace. rk

Vital Signs:

03/14
12:37 BP 140 / 85; Pulse 77; Resp 18; Temp 98.0(O); Pulse Ox 99% ; Weight 90.72 kg; Height 5 ft. 8 in. (172.72 cm); Pain 0/10; jr3

03/14
13:20 BP 135 / 80; Pulse 70; Resp 18; Temp 98.2(O); Pulse Ox 100% on R/A; Pain 0/10; mp4

03/14
12:37 Body Mass Index 30.41 (90.72 kg, 172.72 cm) jr3

Glasgow Coma Score:

03/14
13:13 Eye Response: spontaneous(4). Verbal Response: oriented(5). Motor Response: obeys commands(6). Total: 15. rk

03/14
13:20 Eye Response: spontaneous(4). Verbal Response: oriented(5). Motor Response: obeys commands(6). Total: 15. rk

Laceration:

03/14
13:19 Wound Repair of 1.5cm ( 0.6in ) subcutaneous laceration to outer aspect of left eyebrow. Distal neuro/vascular/tendon intact. Anesthesia: Local anesthetic administered with 8 mls of 1% lidocaine. Wound prep: Extensive cleansing with saline by me. Skin closed with 4 5-0 Ethilon using Simple sutures. Dressed with Neosporin. Patient tolerated well. rk

MDM:

03/14
12:40 Patient medically screened. rk

03/14
13:20 Differential diagnosis: Laceration of face. Neurological re-evaluation: normal neurological exam including cranial nerves, orientation, mentation, motor and sensory exam, cerebellar testing, GCS normal, and normal gait. Data reviewed: vital signs, nurses notes. Counseling: I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, the need for outpatient follow up, for definitive care, with a family practitioner. rk

03/14
12:44 Order name: Suture Setup; Complete Time: 13:18 rk

03/14
12:44 Order name: Ice pack; Complete Time: 13:18 rk

Dispensed Medications:

| | | |
|---|---|---|
| 03/14 13:15 | Drug: Lidocaine (1 %) 10 ml Route: Infiltration; Site: wound; | mp4 |
| 03/14 13:36 | Follow up: Response: No adverse reaction; No change in condition | mp4 |
| 03/14 13:17 | Drug: Tdap 0.5 ml {Manufacturer: Mass Biologic. Exp: 11/01/2018. Lot #: A093A1. } Route: IM; Site: left deltoid; | mp4 |
| 03/14 13:36 | Follow up: Response: No adverse reaction; Medication administered at discharge. | mp4 |

Signatures:

| | | |
|---|---|---|
| Armstrong, Pam, RN | RN | pa |
| Martin, Patte, RN | RN | mp4 |
| King, Renee, RNP | RNP | rk |
| Dawson, Brandon | | bd |

*****************************************************************************

Discharge Summary
Merit Health Central
Name:Donovan Evans
Emergency Department
Age:29 yrs
Sex:Male
DOB:10/08/1987
MRN:0000549448
Arrival:03/14/2017
12:21
Account#:4528979
Departure Date03/14/2017
Departure Time13:36
Private MD:
Outcome: Discharge
Location: Jail. MSE Completed
Condition: Stable
Chief Complaint: Medical Complaint
Diagnosis: Facial Contusion, Facial Laceration - left eye brow, open bite of oral cavity, initial encounter
Prescriptions: Keflex 500 mg Oral Capsule - take 1 capsule by ORAL route every 6 hours for 10 days; 40 capsule
Follow up: Jackson-Hinds Comprehensive He
Custom Notes: have sutures removed in 7 days.
Attending Physician: Dawson, Brandon
Private MD:
Mid Level Provider: King, Renee, RNP
Followup Physician: Jackson-Hinds Comprehensive He
Orders: Lidocaine, Tdap, Suture Setup, Ice pack
Discharge Instruction: Discharge Summary Sheet, Hematoma, Mouth Laceration, Facial Laceration, Medication Reconciliation Form
******************************************************************************

Order Summary
Name: Evans, Donovan
MRN: 0000549448
29 yrs
/ Black
/ Male
Arrival: 03/14/2017
12:21
Chief Complaint: Medical Complaint
Departure Date 03/14/2017
Departure Time 13:36
Orders:
Medication
Order: Lidocaine (1 %) 10 ml Infiltration once; to bedside; Ordered: 03/14 12:44; By: rk; For: rk;Administered: 03/14 13:15 By: mp4; Frequency: once; Order Method: Electronic Administration: Lidocaine (1 %) 10 ml Follow Up: 03/14 13:36 Response: No adverse reaction; No change in condition
Order: Tdap 0.5 ml IM once; Ordered: 03/14 12:44; By: rk; For: rk;Administered: 03/14 13:17 By: mp4; Frequency: once; Order Method: Electronic Administration: Tdap 0.5 ml Follow Up: 03/14 13:36 Response: No adverse reaction; Medication administered at discharge.
Nursing
Order: Suture Setup; Ordered: 03/14 12:44; By: rk; For: rk; Completed: 03/14 13:18; By: mp4; Order Method: Electronic
Order: Ice pack; Ordered: 03/14 12:44; By: rk; For: rk; Completed: 03/14 13:18; By: mp4; Order Method: Electronic

Order Signatures:
King, Renee, RNP, RNP, rk;
******************************************************************************